■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAUL GARCIA PEREZ, Appellant.—Judgment, Supreme Court, Bronx County (William H. Wallace, III, J.), rendered May 23,

1989, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him as a second felony offender, to concurrent terms of imprisonment of 6 to 12 years, unanimously affirmed.

Defendant, who was tried in absentia, argues that the evidence of guilt was insufficient given that neither the undercover nor arresting officer was able to identify a photograph of him exhibited by defense counsel at the trial. We disagree. Such was merely a factor for the jury to consider in determining the credibility of the People's witnesses and the reliability of their identification of defendant *(People v Gruttola,* 43 NY2d 116, 122). Nor is there merit to defendant's argument that the sentence is excessive, given that he is a second felony offender with an extensive criminal record accumulated within a relatively short period of time after his arrival in this country *(People v Junco,* 43 AD2d 266, 268, *affd* 35 NY2d 419, *cert denied* 421 US 951). Concur—Rosenberger, J. P., Wallach, Kassal and Rubin, JJ.